

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| DONNA M. GILBERT, PRO SE,<br><br>    Plaintiffs,<br><br>v.<br><br>ROSELYN TSO, Director, Indian Health Service (IHS); JOSEPH AMIOTTE, Great Plains IHS Area Director; XAVIER BECERRA, Secretary of the Department of Health and Human Services; TIM LAPOINTE, Director, Great Plains Bureau of Indian Affairs; DEB HAALAND, Secretary of the Interior; JERILYN CHURCH, Director, Great Plains Tribal Leaders Health Board and Oyate Health Center; and MERRICK B. GARLAND, U.S. Attorney General; ALISON RAMSDELL, U.S. Attorney,<br><br>    Defendants. | 5:23-cv-05019-CBK<br><br><br>ORDER |

The federal Defendants filed a Motion to Dismiss Plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) or, in the alternative, for an Order requiring Plaintiff to post a security Bond pursuant to Federal Rule of Civil Procedure 65(c) to pay costs and damages sustained by the Indian Health Service if it is wrongfully enjoined or restrained.

Good cause appearing,

IT IS HEREBY ORDERED:

1. Plaintiff's motion, Docket 1, for a preliminary injunction is denied.
2. This matter is dismissed for failure to establish jurisdiction.
3. The motion, Docket 6, for a bond is denied as moot.

Dated this 20th day of April, 2023.

BY THE COURT:

Charles B. Kornmann
CHARLES B. KORNMANN
United States District Judge