UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| DONNA M. GILBERT,<br><br>Plaintiff,<br><br>vs.<br><br>ROSELYN TSO, Director, Indican Health Service (IHS); JOSEPH AMIOTTE, Great Plains IHS Area Director; XAVIER BECERRA, Secretary of the Department of Health and Human Services; DEB HAALAND, Secretary of the Interior; MERRICK B. GARLAND, U.S. Attorney General; ALISON RAMSDELL, U.S. Attorney; JERILYN CHURCH, Director, Great Plains Tribal Leaders Health Board and Oyate Health Center,<br><br>Defendants. | 5:23-CV-5019-CBK<br><br><br>JUDGMENT OF DISMISSAL |

The Court having entered its Order denying Plaintiff's Motion for a Preliminary Injunction on April 26, 2023, it is hereby,

ORDERED that the Complaint (motion for a preliminary injunction) is denied and the matter is dismissed for failure to establish jurisdiction as stated in the Order.

Dated this 27th day of April, 2023.

MATTHEW W. THELEN, Clerk

By: _____
Matthew W. Thelen
Clerk